IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 6:16CR00019 |
| | : |
| **GEORGE CHRISTOPHER MAYS** | : |

## ORDER AMENDING JUDGMENT

This case is before the court on the government's motion for substantial assistance filed pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure on April 12, 2019. Finding good cause, and hearing no objection thereto, it is now ORDERED that defendant's sentence is REDUCED from a term of incarceration of 204 months to a term of incarceration of 72 months, allocated between the two counts of conviction as set forth in the within motion. All other terms and conditions of the defendant's original sentence shall remain the same.

The Clerk is directed to send certified copies of this Order to the United States Probation Office, and to the United States Marshall for transmission to the Bureau of Prisons.

ENTER: This _____ day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE